

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00553-CV
_____

UNION PACIFIC RAILROAD COMPANY, Appellant

V.

BNSF RAILWAY COMPANY, Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-350972-24

Before Kerr, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Unopposed Motion to Dismiss Appeal as Moot." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 30, 2026